FILED

02/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 23-0619

_____

SUSAN JOHNSON, DAVE
JOHNSON, KATHY RICH, SUSAN
HINKINS, RICHARD GILLETTE,
LINDA FULLER, LARRY JENT,
JULIE JENT, RICHARD J.
CHARRON, KRISTIN CHARRON,

Plaintiff and Appellant,                                    O R D E R

v.

ALPHA SIGMA PHI (MONTANA
STATE UNIVERSITY CHAPTER),
and CITY OF BOZEMAN,

        Defendants and Appellees.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on February 12, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(i) requires appellants to attach an appendix including "the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support." Appellant's brief does not contain an appendix nor the referenced orders.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
February 13 2024